IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02569-WDM-OES

ANTONIO LOZAYA,

Plaintiff(s),

vs.

GARROU CONSTRUCTION, INC.,

Defendant(s).

---

ORDER DENYING PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S DESIGNATION OF NON-PARTIES AT FAULT

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Date: September 8, 2005

Plaintiff's motion asking that I strike defendant's designation of non-parties at fault will be denied. Although defendant did not designate the non-parties within the deadline set by the scheduling order, defendant has shown good cause for filing the designation on the date that it filed it.

Defendant demonstrates in its response that it first learned of the evidence of the fault of the non-parties during the deposition of plaintiff, which occurred on June 13, 2005. Prior to that date, these non-parties had denied any fault, and had presented evidence to that effect.

During his deposition, plaintiff related facts that made defendant become aware that plaintiff's employer and another worker may have borne some

responsibility for the accident that caused the injuries for which plaintiff is suing in this case. Defendant filed its designation shortly thereafter, on June 22, 2005. For these reasons, defendant has shown good cause for filing its designation past the deadline.

## CONCLUSION

It is therefore ORDERED that plaintiff's Motion to Strike Defendant's Designation of Non-Parties at Fault [Doc. 17-1, filed August 8, 2005] is DENIED.

Dated at Denver this day of September 8, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
U.S. Magistrate Judge