IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-02569-WDM-OES

ANTONIO LOZAYA,

    Plaintiff(s),

v.

GARROU CONSTRUCTION, INC.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's motion to strike defendant's motion for summary judgment is granted; the plaintiff did not request leave to violate the deadline established in the scheduling order.

Dated: February 17, 2006

                                                  s/Jane Trexler, Secretary/Deputy Clerk